UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANON J. DOYLE, | : | Civil Action No. 2:17-cv-02430-MSG |
| | : | |
| Plaintiff, | : | Honorable Mitchell S. Goldberg |
| | : | |
| v. | : | |
| | : | |
| MERRICK BANK CORP., | : | |
| | : | |
| Defendant. | : | |

**REPORT OF RULE 26(f) MEETING**

In accordance with Federal Rule of Civil Procedure 26(f), Plaintiff Danon J. Doyle ("Doyle") and counsel for Defendant, Merrick Bank Corporation ("Merrick Bank"), conferred on September 12, 2017, and submit the following report of their meeting for the Court's consideration:

**A.      Initial Disclosures**

Plaintiff served Initial Disclosures required by Rule 26(a)(1) on **September 5, 2017**.

Defendant served Initial Disclosures required by Rule 26(a)(1) on **August 28, 2017**.

**B.      Discovery Plan**

Plaintiff:

Defendant's discovery will be directed primarily to the grant of prior express consent to call the telephone number at issue, the absence of a revocation of consent, and the number of relevant calls the Plaintiff received.

The parties propose fact discovery to be completed by **January 31, 2017**.

The parties do not anticipate any expert discovery at this time.

**C.      Other Items**

The parties propose a dispositive motions deadline of **March 31, 2017**.

The parties propose a tentative pre-trial conference date of **April 2018.**

The parties propose a tentative trial date of **May 2018**.

**D.	Early Settlement or Resolution**

Settlement discussions between the parties are ongoing.

Dated: September __, 2017

Respectfully submitted,	Respectfully submitted,

s/ _____	/s/ Richard J. Nalbandian_____
Danon J. Doyle	Richard. J. Nalbandian
16 Catfish Lane	Eckert Seamans Cherin & Mellott, LLC
Norristown, PA 19403	Two Liberty Place
(484) 919-3060	50 South 16th Street, 22nd Floor
Danpa@hotmail.com	Philadelphia, PA 19102
	*rnalbandian@eckertseamans.com*
	(215) 851-8249 (Telephone)

	Counsel for Defendant
	Merrick Bank Corporation