# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANON J. DOYLE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | No. 17-2430 |
| **MERRICK BANK CORP.,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 26th day of September, 2017, it having been reported that the issues between Plaintiff and Defendant in the above action have been settled, and pursuant to Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that all claims are **DISMISSED** with prejudice.

BY THE COURT:

/s/ Mitchell S. Goldberg

_____
**MITCHELL S. GOLDBERG,    J.**